**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

# MOTION INFORMATION STATEMENT

**Docket Number(s):** 26-1829, 26-1996, 26-1832

Caption [use short title]: American Council of Learned Societies v. McDonald; The Authors Guild v. NEH

**Motion for:** Set Briefing Schedule

Set forth below precise, complete statement of relief sought:

Enter the following briefing schedule:
NEH's opening brief -- September 8, 2026
The Authors Guild response brief -- November 9, 2026
ACLS principal-and-response brief -- November 9, 2026
NEH's response-and-reply brief -- December 9, 2026
ACLS reply brief -- January 8, 2027

**MOVING PARTY:** McDonald, NEH, et al.

**OPPOSING PARTY:** The Authors Guild / ACLS

☐ Plaintiff ☑ Defendant
☑ Appellant/Petitioner ☑ Appellee/Respondent

**MOVING ATTORNEY:** Derek Weiss

**OPPOSING ATTORNEY:** Jamie Crooks / Dan Jacobson

[name of attorney, with firm, address, phone number and e-mail]

| Moving Attorney | Opposing Attorney |
|---|---|
| Derek Weiss | Jamie Crooks / Dan Jacobson |
| U.S. Department of Justice | Fairmark Law (619) 507-7182 / Jacobson Lawyers (301) 823-1148 |
| 950 Pennsylvania Ave. NW, Washington DC, 20530 | 400 7th St. NW, Ste. 304, Washington DC 20004 / 210 Wisconsin Ave. NW, Ste. 301, DC 20016 |
| derek.l.weiss@usdoj.gov; (202) 616-5365 | jamie@fairmarklaw.com / dan@jacobsonlawyersgroup.com |

Court- Judge/ Agency appealed from: SDNY - McMahon

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:

**Signature of Moving Attorney:**

/s/ Derek Weiss **Date:** 7/27/26 Service by: ☑ CM/ECF ☐ Other [Attach proof of service]

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

| | |
|---|---|
| AMERICAN COUNCIL OF LEARNED SOCIETIES, *et al.*,<br><br>Plaintiffs-Appellees-Cross-Appellants,<br><br>v.<br><br>McDONALD, *et al.*,<br><br>Defendants-Appellants-Cross-Appellees. | No. 26-1829;<br>No. 26-1996 |
| THE AUTHORS GUILD, *et al.*,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>NATIONAL ENDOWMENT FOR THE HUMANITIES, *et al.*,<br><br>Defendants-Appellants. | No. 26-1832 |

**CONSENT MOTION TO SET BRIEFING SCHEDULE**

Pursuant to Federal Rule of Appellate Procedure 27, the federal defendants (“NEH”) request that the Court set the briefing schedule as set

out below. Both sets of plaintiffs in these consolidated appeals consent to this briefing schedule.

**1.** This case involves challenges to April 2025 grant terminations by the National Endowment for the Humanities. In a summary judgment decision entered in two separate cases, the district court certified a class, Dkt.[1] 291 at 130-39, declared unlawful the April 2025 grant terminations, *id.* at 142, and enjoined the government "from terminating those grants on the same or substantially similar" bases, *id.* at 143.

**2.** On July 6, 2026, the federal defendants filed notices of appeal in both cases. This Court sua sponte consolidated the appeals. On July 20, 2026, the *American Council Of Learned Societies* (ACLS) plaintiffs filed a notice of cross-appeal.

**3.** The parties in the three consolidated appeals have conferred and arrived at a mutually agreeable briefing schedule. Accordingly, the federal

[1] All docket entries refer to *ACLS v. NEH*, No. 25-cv-3657.

defendants respectfully request that the Court enter the following briefing deadlines:

| **Brief** | **Due Date** |
|---|---|
| NEH's opening brief | September 8, 2026 |
| *The Authors Guild* response brief<br>*ACLS* principal-and-response brief | November 9, 2026 |
| NEH's response-and-reply brief | December 9, 2026 |
| *ACLS* reply brief | January 8, 2027 |

Respectfully submitted,

DANIEL TENNY

*/s/ Derek Weiss*

DEREK WEISS
Attorneys, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 616-5365

*Counsel for Defendants-Appellants-Cross Appellees*

July 2026

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 223 words. This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word in CenturyExpd BT 14-point font, a proportionally spaced typeface.

*/s/ Derek Weiss*
Derek Weiss